**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JP MORGAN CHASE BANK, N.A.,

      Plaintiff,

v.                                     Case No. 8:18-cv-1253-KKM-SPF

SYNERGY PHARMACY SERVICES, INC.
et al.,

      Defendant.
_____/

## **ORDER**

      This order follows closer examination of this action. Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I will recuse myself because I have retained one of the law firms representing a party in this case to handle an estate planning matter. Although this kind of conflict is curable with a waiver by the litigants because retained counsel has not made an appearance nor seems to be involved in the matter, I deem it the more prudent course—at least here—to recuse until my attorney-client relationship concludes. Accordingly, the Clerk is directed to reassign by random draw this case to another District Judge.

**ORDERED** in Tampa, Florida, on January 27, 2021.

_____
Kathryn Kimball Mizelle
United States District Judge